Form definm13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Anthony J. North Jr.
100535 S. California
Chicago, IL 60655
SSN: xxx–xx–0874 EIN: N.A.

Case No. : 18–18187
Chapter : 13
Judge : Carol A. Doyle

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES
OF REQUIRED DOCUMENTS FOR DISCHARGE**

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must file the following documents in order to receive a discharge.

☑ Official Form 423, Certification About a Financial Management Course. In joint cases, the form must be completed and filed by each debtor. Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available on our website at www.ilnb.uscourts.gov/Forms/

☑ Debtor's Declaration Domestic Support Obligations. In joint cases, the form must be completed and filed by each debtor. The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required documents, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: February 19, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Anthony J. North, Jr.
        Debtor

Case No. 18-18187-CAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cpatterso          Page 1 of 1          Date Rcvd: Feb 19, 2020
                              Form ID: definm13        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.
db              Anthony J. North, Jr.,    100535 S. California,    Chicago, IL   60655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Anthony J. North, Jr. davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net,    ecfchi@gmail.com
                                                                                             TOTAL: 3